# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155089

WELLS FARGO BANK, NA, Trustee for
OPTION ONE MORTGAGE LOAN TRUST
2005-2 ASSET BACKED CERTIFICATES,
SERIES 2005-2,
          Plaintiff-Appellee,

v

SBC IV REO, LLC,
          Defendant-Appellant,
and

CAPITOL NATIONAL BANK,
          Defendant-Appellee.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 155089
COA: 328186
Mackinac CC: 2014-007577-CH

      On order of the Court, the application for leave to appeal the November 29, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether defendant SBC IV REO, LLC is a bona fide purchaser for value such that the doctrine of equitable subrogation cannot be applied in this case; (2) whether defendant SBC will be prejudiced by application of equitable subrogation; and, (3) whether the limitation period of MCL 600.5801(4) applies to the plaintiff's claim for equitable subrogation. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



t0614

Clerk